An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYFORD CARLOS WILLIS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68232

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion with new evidence for a new trial." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
            Saitta

_____J.
    Gibbons

_____, J.
    Pickering

15-29473

cc: Hon. Carolyn Ellsworth, District Judge
Rayford Carlos Willis
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk